# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAWN NORWOOD,

        Plaintiff,    :    Case No. 3:15-cv-140

-vs-    District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

ELIZABETH STEARNS. et al.,

        Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that this case be dismissed without prejudice for lack of jurisdiction as to Defendants Sterns and Willis and remanded to the Dayton Municipal Court as to Defendant Garnes.

June  9, 2015        *s/Thomas M. Rose

        Thomas M. Rose
        United States  District Judge